```
DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTELMO MAGUCHA-ROMERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00290 LJO |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| ANTELMO MAGUCHA-ROMERO, | Date:  October 30, 2009<br>Time:  9:00 a.m. |
| *Defendant.* | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for September 25, 2009, **may be continued to October 30, 2009 at 9:00 a.m.**

The request is made to allow counsel for defendant additional time for investigation and preparation prior to the hearing. Additionally, counsel for plaintiff has been unable to make a plea offer in the case because a Presentence Investigation Report has not yet been received. The requested continuance will conserve time and resources for all parties and the court.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant

1 in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
2 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                        LAWRENCE G. BROWN
                                        United States Attorney

DATED: September 23, 2009         By  /s/ Karen A. Escobar
                                         KAREN A. ESCOBAR
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                         DANIEL J. BRODERICK
                                         Federal Defender

DATED: September 23, 2009         By  /s/ Melody M. Walcott
                                         MELODY M. WALCOTT
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ANTELMO MAGUCHA-ROMERO

## ORDER

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   September 23, 2009**          /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE