DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTELMO MAGUCHA-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00290 LJO |
| *Plaintiff,* | STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| ANTELMO MAGUCHA-ROMERO, | Date:  October 8, 2009 |
| *Defendant.* | Time:  9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for October 30, 2009, **may be advanced to October 8, 2009 at 9:00 a.m.**

The request is made by counsel for defendant who inadvertently asked the court to continue the hearing from September 25, 2009, to October 30, 2009, when a stipulation and proposed order was provided to the court on September 23, 2009.  The requested new hearing date should have been October 8, 2009.  As set forth in the previous stipulation and proposed order, the parties are waiting for a Presentence Investigation Report which will enable counsel for plaintiff to provide defendant with a plea offer for consideration prior to the hearing.  The parties believe that the requested October 8, 2009, hearing date will provide adequate time to determine whether the matter may be resolved prior to hearing.

///

1   The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2   that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3   in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                                             LAWRENCE G. BROWN
                                                                             United States Attorney

DATED: September 24, 2009                       By  /s/ Karen A. Escobar
                                                                             KAREN A. ESCOBAR
                                                                             Assistant United States Attorney
                                                                             Attorney for Plaintiff

                                                                             DANIEL J. BRODERICK
                                                                             Federal Defender

DATED: September 24, 2009                       By  /s/ Melody M. Walcott
                                                                             MELODY M. WALCOTT
                                                                             Assistant Federal Defender
                                                                             Attorney for Defendant
                                                                             ANTELMO MAGUCHA-ROMERO

**ORDER**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   September 28, 2009**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE